UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Library Association, et al., *Plaintiffs*, v. Keith Sonderling, et al., *Defendants*. | Case No. 1:25-cv-01050 |

## ERRATA

The complaint and summonses filed on April 7, 2025 (ECF 1, 1-2–1-9) are corrected as follows:

1. The name "Russel" should be replaced with "Russell" in the following places in the Complaint:

   - in the caption on page 2,
   - in paragraph 6 on page 6.

2. The name "Russel" should be replaced with "Russell" in the "To:" part of the attached summons for Defendant Vought.

3. The name "Kieth" should be replaced with "Keith" in the "To:" part of the attached summons for Defendant Sonderling.

4. The name "Kieth" should be replaced with "Keith" in the caption of the summonses (ECF 1-2–1-9).

5. The summonses for Pam Bondi and Edward Martin are attached.

Dated: April 8, 2025

Respectfully submitted,

/s/ Rachel L. Fried
Rachel L. Fried (DC Bar No. 1029538)
Orlando Economos (DC Bar No. 90013791)
Kayla M. Kaufman (DC Bar No. 90029091)
Robin F. Thurston (DC Bar No. 1531399)
Skye Perryman (DC Bar No. 984573)

Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
rfried@democracyforward.org
oeconomos@democracyforward.org
kkaufman@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org


Chris Gair (Ill. Bar No. 6190781)*
Vilia Dedinas (Ill. Bar No. 6191614)*
John Gallo (Ill. Bar No. 6193988)*
Ingrid Yin (Ill. Bar No. 6339857)*
Gair Gallo Eberhard LLP
1 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 600-4900
cgair@gairgallo.com
vdedinas@gairgallo.com
jgallo@gairgallo.com
iyin@gairgallo.com

*Counsel for Plaintiffs*

*Motion to appear *pro hac vice* forthcoming