IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN LIBRARY ASSOCIATION, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>KEITH SONDERLING, in his capacity as Acting Director of the Institute of Museum and Library Services, *et al.*,<br><br>                    Defendants. | No. 25-cv-01050 |

### NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of Defendants:

> Heidy L. Gonzalez
> Trial Attorney
> U.S. Department of Justice
> Civil Division
> Federal Programs Branch
> 1100 L Street, NW
> Washington, D.C. 20005
> Tel: (202) 598-7409
> Email: heidy.gonzalez@usdoj.gov
> FL Bar No. 1025003

Dated: April 10, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

- 1 -

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ
U.S. Department of Justice,
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, DC  20005
Tel: (202) 598-7409
Email: heidy.gonzalez@usdoj.gov
FL Bar No. 1025003

*Attorneys for Defendants*

- 2 -