# Exhibit A

# Gavin Baker

| | |
|---|---|
| **From:** | ██████████████ > |
| **Sent:** | Monday, March 31, 2025 2:42 PM |
| **To:** | Gavin Baker |
| **Subject:** | Fwd: all IMLS staff going on administrative leave today |

██████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████

██████

---------- Forwarded message ---------
From: **Teresa A. DeVoe** <TDevoe@imls.gov>
Date: Mon, Mar 31, 2025 at 2:38 PM
Subject: all IMLS staff going on administrative leave today
To: Teresa A. DeVoe <TDevoe@imls.gov>
Cc: ████████████████████████████████████████
████████████████████████████

**TO: Chief Officers and LSTA Coordinators**

Within the last hour IMLS received word that all staff are going to be placed on administrative leave, effective today. We will not be able to work or respond to your emails, and we don't have any information about future timelines related to this action.

Please share with other staff as appropriate, and please know how much we appreciate you and your work.

**Teri DeVoe**

Associate Deputy Director, Grants to States

Institute of Museum and Library Services

955 L'Enfant Plaza North, SW, Suite 4000

Washington, D.C. 20024

P: 202-653-4778

Website | LinkedIn | Facebook

--

