# Exhibit B

# Gavin Baker

| | |
|---|---|
| **From:** | ▮ |
| **Sent:** | Monday, March 31, 2025 2:53 PM |
| **To:** | ▮ Gavin Baker; ▮ |
| **Cc:** | ▮ |
| **Subject:** | Fwd: FW: Effective Immediately - Administrative Leave |
| **Attachments:** | Administrative Leave Letter-Agency-Wide.pdf |

▮

---------- Forwarded message ---------

Good afternoon staff,

This is to inform you that you are being placed on administrative leave (i.e., non-duty paid status) starting today, Monday, March 31, 2025.  You will be on administrative leave with full pay and benefits. This administrative leave is not being done for any disciplinary purpose.  Please print and sign acknowledgement of this notice and bring to OHR for checking out purposes.  OHR will be gathering personal email and contact information for further communications.  Please stop by the OHR Resource Center to return your PIV and Kastle Key.  You may leave your laptop and work cellphones on your desk or in your office.

For those employees who are not in the office today, please report tomorrow April 1st and NLT 10am to return your equipment and return your PIV/Kastle.

For remote employees, I will send you information separately on how to mail your equipment and PIV/Kastle keys.

All email accounts will be disabled sometime today.

1

Should you have additional questions, please stop by OHR.

Thank you again for all that you do and your dedication to IMLS.

**Antoine L. Dotson**

Director of Human Resources

Office of Human Resources

Institute of Museum and Library Services

955 L'Enfant Plaza North, SW, Suite 4000

Washington, DC  20024

P: 202-653-4728

C:  202-285-6158

[Website](#) | [Twitter](#) | [Facebook](#)