## DECLARATION OF RITA ADAMS (made under pseudonym)

Rita Adams, hereby states pursuant to the provisions of 28 U.S.C. § 1746 as follows:

1. I am making this declaration under a pseudonym because I am concerned about possible retribution against me or against my organization by federal government officials or others if my identity were made public. My identity is known to counsel for the American Library Association.

2. I am the director of a library that serves both a community college and an entire Native American reservation in a western state. I am also a member of the American Library Association.

3. Every year we are eligible for $10,000 for continuing operations. In the coming year we had bookmarked the funding to support literacy across the reservation, hold hands-on-learning opportunities, and to help provide printing paper to ensure our students and community can print their resources for personal and learning uses.

4. In the past the Native American Basic funding has helped support collection development, and database purchases. In 2020 the Basic grant supported the building of nine little free libraries placed across the reservation to support literacy during the pandemic. In 2018 we were able to purchase new furniture in the children's area of the library, furniture that has lasted and is still used every day.

5. We have received two Native American Enhancement grants in the last 10 years and those supported a large digitization project, and an oral history project. The digitization project provided digital infrastructure, a new employee (the job was made permanent and is supported through the college), and over 400 videos from 1980-2014 were digitized and made available for the public. We employed two elders and two students to assist with metadata creation on these digitized videos. The oral history project was used to purchase oral history

backpacks that community members can check out and gather local histories in the comfort of their own homes. We purchased a sound booth, and during the duration of the grant we were able to receive 75 oral histories (300 hours) for the Tribal Archives.

6. Beyond the Native American grant programs, we work with a State Library on statewide projects, such as the statewide Shared Catalog which is subsidized with IMLS Grants to States funding. The shared catalog has been a way to leverage cataloging, and resource sharing that many smaller libraries would not have the capacity on their own. The State Library also provides Library Consultants that help with everything from shared catalog questions to trustee training. They are super helpful and are funded 100% through IMLS funding.

7. The loss of IMLS staff and in with their absence the loss of the ability to award funding, our tribal library will no longer have our library catalog (or will not have the funding to support the catalog on our current funding model). Not having access to the Shared Catalog would threaten the college's accreditation.

8. In addition, without critical IMLS funding we will not be able to ask for assistance from professionals at the state library.

9. We will also have to cut literacy programs in a place that is a book desert (a designation from a previous IMLS Laura Bush grant funded through our tribal library). We planned to use the $10,000 basic funding for the literacy programs that are set to start in July.

10. Our tribal library is more than a space to check out books, it is a space to meet, to speak the language, to gather historical documents (Tribal Archives), to learn, and a place to be. Our library community continues to grow as we face more and more funding challenges. It has been named a bright spot in the community, and is utilized by all citizens in a 60-mile radius.

Our tribal library is open to everyone, not just tribal members. We welcome users from local non-tribal communities, and our meeting space is often used by outside organizations.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 2, 2025.

*Rita Adams*     4/2/2025

Rita Adams