## DECLARATION OF JAMES G. NEAL

James G. Neal hereby declares pursuant to the provisions of 28 U.S.C. § 1746 as follows:

1.      I have devoted my entire professional career, which began in 1973, to service as a librarian. I began my career at City College of New York's Queensborough Community College. I held library administrative positions at the University of Notre Dame and Pennsylvania State University. I was Dean of University Libraries at Indiana University and Johns Hopkins University. From 2001 to 2014, I was the Vice President for Information Services and University Librarian at Columbia University. Since 2015, I have been Columbia University Librarian Emeritus. Throughout my 52-year career, I have always worked closely with public and school libraries. I have been a member of the American Library Association since 1973. I was president of the American Library Association in 2017-2018.

2.      In 2022, I was appointed by President Biden to serve on the National Museum and Library Services Board ("the Board") for a five-year term. The Board is composed of accomplished and experienced professionals in museum and library sciences, all of whom are leaders in their fields and their communities. The members of the Board serve on a volunteer basis.

3.      I have served on numerous boards, task forces and committees for state, national and international library and information organizations. I have provided over 600 conference presentations at state, national and international forums. I have

received numerous awards for my service to the profession, including Honorary Membership in the American Library Association.

  4. IMLS serves a critical function for library programs and services and thus for communities and people across the country. It is the principal funding agency for libraries. IMLS makes grants to states and territories and directly to libraries. This funding is focused on the work of community libraries and is particularly important to small and rural communities, Native American tribal libraries, and poor urban communities. These grants support the work of state libraries and regional library systems, and enable programs such as interlibrary loan services, statewide access to licensed databases, and staff training. Individual libraries with IMLS funding provide a wide range of programs and services: literacy programs, tutoring programs, services for the elderly and the homebound, support for veterans, support for small businesses and entrepreneurs, access and training in the use of technology and a wide range of applications, access and training in the use of new technologies such as artificial intelligence and 3D printing and data analytics, the unemployed, children and youth services, support for the blind and handicapped, programs for local historians and genealogists and authors. These are only a few examples of the programs and services that libraries are providing to their communities with IMLS funding. Any interruption in IMLS funding would have direct and immediate consequences for libraries and the communities that rely on them. Important services would have to be eliminated and some small libraries would have to reduce hours or even shut down.

5. In addition to administering these important grant programs, IMLS staff provides vital assistance and advice to librarians across the country on a daily basis. I understand that the vast majority of IMLS staff have now been fired. The lack of staff to provide information, advice, and resources to librarians will have an immediate effect on library services to communities beyond any interruption in funding of grants.

6. The Board performs an important function in IMLS' work. IMLS staff screens grant requests and then forwards a subset of those requests to the Board for advice and consultation. Thus, the Board employs the experience of its members to help ensure that scarce federal resources are used appropriately. The Board also recommends to the IMLS Director individual libraries that should be celebrated with national medals of recognition for their innovative programs and distinctive accomplishments

7. I was advised on April 3, 2025 by text from a representative of President Trump that my appointment had been terminated. I subsequently learned that the Acting Director of IMLS terminated all 23 members of the Board.

8. The actions of the President and the Acting Director of IMLS have resulted in a termination of almost all of IMLS staff, bringing a halt to its important work. I also understand that grant funding is being terminated to some State libraries and will also be terminated to other recipients. This is a particularly immediate harm because many libraries have already expended funds in anticipation of these grants, which could put payments to vendors and retention of staff at risk.

9. These actions represent a disaster for our communities and our citizens and residents will lose access to information sources and programs as a result.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 5, 2025.



James G. Neal