## DECLARATION OF YONAH BROMBERG GABER

Yonah Bromberg Gaber hereby states pursuant to the provisions of 28 U.S.C. § 1746 as follows:

1. I am over 18 years of age and competent to provide this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the newly elected President of the District of Columbia Librarians Local 1808 of the American Federation of State, County and Municipal Employees (AFSCME), AFL-CIO ("Local 1808"), which is part of District of Columbia District Council 20 of the American Federation of State, County and Municipal Employees ("AFSCME District Council 20"). Local 1808 is an affiliate of the American Federation of State, County and Municipal Employees, AFL-CIO ("AFSCME International").

3. Local 1808 represents library employees at the District of Columbia Public Library (DCPL), which includes 25 branch libraries across the city and the Martin Luther King Jr. Memorial Library, its central library. Our members include librarians, library technicians, library aides, and clerks of the DCPL.

4. I have worked at DCPL for approximately three (3) years as a "Digital Navigator (Library Associate)." In my role, I work directly with patrons to facilitate their use of library technology. I hold a bachelor's degree, which is a current requirement of my position.

5. The DCPL was created by an act of Congress in 1896 "to furnish books and other printed matter and information service convenient to the homes and offices of all residents of the District."

6. The DCPL remains true to its original mission to this day and is a fixture of the cultural fabric of the District of Columbia through its organizational purpose "To be a cornerstone

    of community progress by activating dreams with knowledge, access, and hope." The library provides an environment that fosters not only a love of reading and cultural enrichment, but also of learning and community engagement. The DCPL also provides critical resources that better equip people to navigate technological shifts, job searches and career changes, and other basic elements of daily life. DCPL patrons span all walks of life across D.C., Maryland, and Virginia, and it welcomes visitors from across the country who come to visit the nation's capital. DCPL programs, services, and staffing models are grounded in its core values to "Stay Rooted," "Welcome Everyone," "Invest in Us," "Be a 'We'", and "Give and Get Respect."

7. The DCPL offers a wide swath of services that its patrons depend on, including: adult tech support and digital literacy; summer employment opportunities for teens; early literacy programs for infants and children; interpreters and devices for communicating with hard of hearing and visually impaired patrons; English as a Second Language (ESL) programs; trauma-informed library services; art and historical installations and archives; as well as serving as a venue for cultural events in the District. DCPL is also proud to serve patrons experiencing homelessness and/or those suffering from mental illness, substance abuse issues, and joblessness. The library is one of the few places where all can reliably find shelter, internet and electric charging access, bathrooms, and vital temperature regulation.

8. The Executive Director of the DCPL has informed staff that DCPL receives more than $1,000,000 in grant money from the Institute of Museum and Library Services (IMLS) each year through the IMLS Grants to States program.

9. Among the DCPL services funded at least in part by IMLS grants are DCPL's disability services program; hygiene supply program; its digital literacy program; and its staff trainings. A number of DCPL employees' positions are also funded by IMLS grants.

10. I know that in the past couple of years, DCPL has used IMLS grants, in the form of Library Service and Technology Act (LSTA) grants, to fund a series of programs and targeted staffing to support our entire library community.

11. Between 2023 and 2024, through an "Invest in Universal Access" LSTA grant, the DCPL used $241,118 to enhance services for customers and staff with disabilities. This grant allowed DCPL to invest in American Sign Language (ASL) interpretation for both customers and staff, devices for communicating with hard-of-hearing and deaf individuals, and two full-time employees. The full-time employees funded through this grant were the "Assistive Technology Specialist," who assesses and increases accessibility across all 26 DCPL locations, and an "Audio Specialist," who records print materials for people with low vision or other print disabilities.

12. Between 2023 and 2024, through a "Supporting Students" LSTA grant of $5,761, the DCPL was able to sponsor two POSSE Scholar Teen interns to work on the library's summer reading program—POSSE is a selective college program that sends cohorts of students to competitive partner universities with full tuition scholarships.

13. Between 2023 and 2024, through an "Enhancements to Collections and Technology" LSTA grant, the DCPL used $24,569 to upgrade its Memory Lab, invested in a software platform to support the Tool Lending Library, and completed a years-long AV Cart upgrade for neighborhood libraries.

14. In Fall 2024, through an "Enhancements to Collections and Technology" LSTA grant, the DCPL invested $20,000 to host an exhibition titled "The Negro Motorist Green Book," which was developed by the Smithsonian Institution Traveling Exhibition Service (SITES).  The exhibition offered an immersive look at the reality of travel for African Americans in mid-century America.  This funding also allowed for the hiring of a contractor to research and write a companion exhibition that focused on D.C. locations included in the Green Book, "The Green Book in D.C.: A Particular Place for Particular People." These funds contributed to preserving and honoring D.C.'s place in our country's civil rights history.

15. Between 2023 and 2024, DCPL applied a $19,935 "Library in Your Language" LSTA grant for English as Second Language conversation circles and to implement a multi-lingual phone tree.  These initiatives are part of DCPL's commitment to removing language as a barrier for D.C. residents.

16. Between 2023 and 2024, DCPL utilized approximately $275,700 to fund professional development for staff, including specialized training for staff dealing with challenging patrons, mental and first aid, and self-care following difficult events.  These trainings are critical for servicing all patrons at our libraries and protecting staff physical and psychological safety.

17. DCPL invested a $131,316 "Co-Design the Future Library" LSTA grant in 2024 to hire various consultants to develop strategic planning for library operations, assist in community engagement surrounding new library facilities and develop post-pandemic facility planning, and update the Library's Behavior Guidelines.

18. DCPL used a $132,950 "Library Services Outside the Library" LSTA grant in 2024 to enhance its digital resources with various digital learning platforms and an online chat function called "AskDCPL," so that all D.C. residents could connect directly with a librarian. The funds also supported programming at the DC Jail Library—which provides DCPL library resources to individuals incarcerated in D.C. correctional institutions—and funded a full-time driver and outreach specialist for the "Outreach Library on the Go Go" truck, which delivers DCPL library resources to D.C. residents in the communities where they live rather than in a DCPL library branch building.

19. With a $29,520 "Trauma-Informed Library Services" grant, the DCPL enhanced its "DC Public Library's We Care" program, which is aimed at assisting library customers experiencing various levels of homelessness or living with mental illness and/or substance abuse disorders. The LSTA grant from 2023 funded the hiring of an intern with a Masters in Social Work and the purchasing of hygiene kits for homeless individuals called "CARE Kits."

20. Between 2023 and 2024, the DCPL used a $98,881 "People's Archive" LSTA grant to increase District-wide access to unique historical materials that document the history and culture of D.C. The IMLS funds supported the preservation of physical and digital content and digital content creation.

21. The DCPL used a $172,993 "Digital Inclusion and Literacy" LSTA grant from 2023 to hire a "Digital Inclusion Coordinator," a full-time employee who is critical to supporting the programming of the Adult Learning Department (ALD) and the services of Digital Navigators. The ALD is a specialized department that focuses on adult and digital literacy, including helping adult learners complete their high school diplomas through 1-

on-1 GED tutoring, earn Microsoft Office certification and learn other Microsoft platforms, and participate in Grow with Google digital literacy skills courses. Digital Navigators are embedded in the computer areas of neighborhood branches to assist customers learn to use technology and access digital services, including critical government, medical, and career services.

22. Between 2023 and 2024, the DCPL also used LSTA funds to implement a multi-year project to strengthen DCPL's community service model by training staff to incorporate trauma-informed care principles when working with patrons.

23. At present, there are at least four (4) full-time employees that are directly funded by IMLS grants and each provides a special service targeting underserved populations. These full-time library employees are:

   a. Digital Inclusion Coordinator in the Adult Learning Department;
   b. Audio Specialist in the Center for Accessibility;
   c. Driver and Outreach Specialist for the Outreach Library on the Go Go; and
   d. Assistive Technology Coordinator that focuses on servicing customers and staff with disabilities.

24. Based on the union's detailed knowledge of the DCPL budget and how IMLS funds are used, which we regularly analyze as part of our responsibilities for collectively bargaining wages and benefits on behalf of DCPL employees, Local 1808 understands that between one and four of these IMLS-funded employees will be terminated without the LSTA grants their positions rely on.

25. Without IMLS funding, DCPL is also unable to hire or retain consultants for specialized programming, like the contractor who authored the exhibition "The Green Book in D.C.," or the consultants DCPL has hired for strategic and facility planning post-pandemic.

26. The DCPL budget operates on fiscal years which begin on October 1 of each year. For example, FY 2024, began on October 1, 2023, and ended on September 30, 2024.

27. On April 4, 2025, the entire DCPL staff received an email from the DCPL Executive Director, Richard Reyes-Gavilan, where Director Reyes-Gavilan reported that D.C. is operating under the assumption that current IMLS grants will be canceled and that "We are pausing where possible until we have an idea of whether funding will become available." The IMLS grant cancellations are thus already directly harming DCPL programming and operations—and the union-represented staff who carry out that programming—because we are being told DCPL cannot fully rely on funding that was included in its overall budget projections for this fiscal year and that our job duties must change, right now, as a result.

28. The yearly budget and compensation scheme for Local 1808 bargaining unit members is determined by a compensation agreement that is negotiated between the District of Columbia Government and a group of labor unions, including Local 1808 and District Council 20 ("Compensation Agreement"). The current Compensation Agreement is in effect from October 1, 2021, through September 30, 2025, and calls for 3% wage increase in the pay schedules of Local 1808 bargaining unit members for FY 2025. These wage increases took effect on October 1, 2024, and are set to continue through September 30, 2025.

29. Because the DCPL is experiencing major financial shortages in its budget, due in substantial part to the loss of IMLS funding, our union will suddenly and unexpectedly have to compromise on wages and other benefits after we initiate the bargaining process with the D.C. Government to negotiate a new Compensation Agreement—the current one expires on September 30, 2025. In blunt terms, the cuts in IMLS grants to DCPL immediately reduce the strength of our union at the bargaining table, putting us in a concessionary posture to advocate on behalf of our members across the full range of terms and conditions of employment, which is only exacerbated by the unpredictable and sudden nature of cuts to funds that were previously guaranteed.

30. There is no doubt that the loss of IMLS grant funds will require DCPL to reduce their programing and cut staff, either the current programming and staff that is IMLS-funded or other programming and staff that is cut to fill the gap. It is substantially certain that the loss of IMLS funds—or the diversion of funds from existing, non-IMLS-funded DCPL programs to make up the funding gap—will make it harder for Local 1808 members to do their jobs due to understaffing and other constraints and will result in the termination of library staff.

31. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Washington, District of Columbia on the 6th day of April, 2025

_____
Yonah Bromberg Gaber