## DECLARATION OF PATRICK JOHNSTON

I, Patrick Johnston, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over 18 years of age and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the president of Daniel Boone Regional Library Workers United, Local 3311, Council 61, American Federation of State, County and Municipal Employees, AFL-CIO ("AFSCME Local 3311" or "Union"). AFSCME Local 3311 is affiliated with AFSCME Council 61 and AFSCME International.

3. Council 61, through Local 3311, represents a bargaining unit of approximately 170 employees of the Daniel Boone Regional Library in the Callaway County and Columbia and Boone County, Missouri, Library Districts. The Daniel Boone Regional Library is a multi-county library system that serves its patrons through four separate locations.

4. I have served as president of Local 3311 since October 6, 2024. I also work as a Circulation Assistant-Lead at Daniel Boone Regional Library's Columbia Public Library.

5. The Daniel Boone Regional Library receives funding that passes from the U.S. Institute for Museum and Library Service (IMLS), through the state of Missouri, to our library. The Daniel Boone Regional Library uses that funding to support a variety of programs.

6. The Daniel Boone Regional Library offers an online adult education program through which adults can earn a nationally accredited high school diploma. The program, Excel Adult High School (EAHS), is supported by the Institute of Museum and Library Services under the provisions of the Library Services and Technology Act as administered by the Missouri State Library.

1

7. The Excel program is not a GED program. It offers a high school diploma, which may be preferable to individuals who want to work toward attending college or pursuing careers that require a diploma. There are currently twenty Daniel Boone Regional Library patrons enrolled in the program.

8. Through EAHS, each year, the Daniel Boone Regional Library also provides scholarships and Chromebooks to qualified adult learners seeking to obtain a high school diploma. In 2025, Daniel Boone Regional Library has awarded five scholarships so far.

9. The EAHS program is a treasured resource for those who participate in it; the joy and sense of fulfillment that comes from participation in this comprehensive program is apparent at each attendant graduation ceremony. Without IMLS funding, Daniel Boone Regional Library would have to pay approximately $45,000 each year, in conjunction with other participating libraries, to keep the EAHS program going.

10. Daniel Boone Regional Library receives approximately $10,000 in IMLS funds to support its participation in an inter-library loan program. Through that program, the library offers patrons access to resources housed at other libraries.

11. The Daniel Boone Regional Library also receives approximately $9,000 per year from IMLS to fund participation in a Mid-America Library Alliance statewide courier service that facilitates the transfer of materials between libraries.

12. Daniel Boone Regional Library receives approximately $8,900 each year to fund access to TeachingBooks, an online children's literature enrichment tool. This program is particularly important for our summer reading program, which encourages children to continue reading and developing their literacy skills while school is closed, a crucial step to avoid losing hard-earned ground in literacy between school years.

13. The loss of IMLS grant funds will require DBRL to either scale back or end the above-listed programs or divert money from other programs to keep them afloat. Moreover, some Daniel Boone Regional Library services, like inter-library loan, rely on a community of different library systems working together. Some of our neighboring library systems are smaller and rely heavily on federal funding. Daniel Boone Regional Library will have to contribute our own resources to fill gaps left by the loss of IMLS funding to those libraries, or suffer secondary effects from the loss of access to other libraries' resources.

14. Any cuts to the library's budget makes it harder for staff to do their jobs. IMLS funding allows staff to run programs serving our most in need and vulnerable community members. Without this funding, staff will have to decide what programs to keep and which to cut from service. Without IMLS funding, staff will have to cut back on special programming and will have to focus resources on core, basic library functions. Staff will not be able to try new programs to adapt to evolving community needs. These gaps will be keenly felt by our patrons, who look to their library as a lifeline for information, community, betterment, career advancement, and basic modern connectivity. Scaling back or eliminating these programs harms the community, which in turn harms our workplace.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Columbia, Missouri on the 6th day of April, 2025.


Patrick Johnston (Apr 6, 2025 14:50 CDT)

Patrick Johnston