AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

AMERICAN LIBRARY ASSOCIATION et al )
*Plaintiff* )
v. ) Case No. 25-cv-01050-RJL
SONDERLING et al )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Library Association and American Federation of State, County and Municipal Employees, AFL-CIO.

Date: 04/11/2025

*Attorney's signature*

CHRIS C. GAIR (6190781)
*Printed name and bar number*

1 E Wacker Dr., Suite 2600
Chicago, IL 60601
*Address*

cgair@gairgallo.com
*E-mail address*

(312) 600-4900
*Telephone number*

*FAX number*