AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| AMERICAN LIBRARY ASSOCIATION et al <br> *Plaintiff* <br> v. <br> SONDERLING et al <br> *Defendant* | ) <br> ) <br> ) Case No. 25-cv-01050-RJL <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Library Association and American Federation of State, County and Municipal Employees, AFL-CIO.

Date: 04/11/2025

*Attorney's signature*

INGRID YIN (6339857)
*Printed name and bar number*

1 E Wacker Dr., Suite 2600
Chicago, IL 60601
*Address*

iyin@gairgallo.com
*E-mail address*

(312) 600-4900
*Telephone number*

*FAX number*