IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN LIBRARY ASSOCIATION, *et al.*,<br><br>           Plaintiffs,<br><br>     v.<br><br>KEITH SONDERLING, in his capacity as Acting Director of the Institute of Museum and Library Services, *et al.*,<br><br>           Defendants. | No. 25-cv-01050-RJL |

**JOINT PROPOSED BRIEFING SCHEDULE**

Plaintiffs' motion for a preliminary injunction is currently pending before this Court. *See* ECF No. 13.  Counsel for Plaintiffs and Defendants have conferred, and the parties jointly respectfully propose the following briefing schedule for the adjudication of Plaintiffs' motion:

   **Defendants' opposition to Plaintiffs' motion:**  April 21, 2025 by midnight

   **Plaintiffs' reply in support of their motion:**  April 28, 2025 by 10 am

   **Hearing on Plaintiffs' motion:** at the Court's convenience during the week of April 28

Plaintiffs seek a resolution of their motion prior to May 4, 2025, because that is the date on which Plaintiffs understand a reduction in force at Defendant the Institute of Museum and Library Services (IMLS) is scheduled to take effect.  Defendants do not object to this proposed timing.

- 1 -

Dated:  April 16, 2025                                Respectfully submitted,

                                              YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

*/s/ Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
HEIDY L. GONZALEZ (FL Bar No. 1025003)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov
*Attorneys for Defendants*

*/s/ Rachel L. Fried*
Rachel L. Fried (DC Bar No. 1029538)
Orlando Economos (DC Bar No. 90013791)
Kayla M. Kaufman (DC Bar No. 90029091)
Robin F. Thurston (DC Bar No. 1531399)
Skye Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

- 3 -

(202) 448-9090
rfried@democracyforward.org
oeconomos@democracyforward.org
kkaufman@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

/s/ *Chris Gair*
Chris Gair (Ill. Bar No. 6190781)*
Vilia Dedinas (Ill. Bar No. 6191614)*
John Gallo (Ill. Bar No. 6193988)*
Ingrid Yin (Ill. Bar No. 6339857)*
Gair Gallo Eberhard LLP
1 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 600-4900
cgair@gairgallo.com
vdedinas@gairgallo.com
jgallo@gairgallo.com
iyin@gairgallo.com

*Counsel for Plaintiffs*

*Admitted *pro hac vice*