**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMERICAN LIBRARY ASSOCIATION, *et al.*,

                Plaintiffs,

      v.

KEITH SONDELING, in his capacity as Acting Director of the Institute of Museum and Library Services, *et al.*,

                Defendants.

Case No. 25-cv-01050-RJL

**[PROPOSED] ORDER**

The Court, having fully considered Plaintiff's Motion for Preliminary Injunction and the parties' respective submissions in support thereof and in opposition thereto, HEREBY ORDERS that the Motion be DENIED.

IT IS SO ORDERED, this _____ day of _____, 2025.

_____
Hon. Richard J. Leon
Senior United States District Judge

1