AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| American Library Association et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-01050-RJL |
| Sonderling et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Federation of State, County and Municipal Employees, AFL-CIO (AFSCME).

Date: 04/24/2025

/s/ Matthew Stark Blumin
*Attorney's signature*

Matthew Stark Blumin 1007008
*Printed name and bar number*
1625 L Street NW, Washington DC 20036

*Address*

mblumin@afscme.org
*E-mail address*

(202) 775-5900
*Telephone number*

*FAX number*