## SUPPLEMENTAL DECLARATION OF ALAN S. INOUYE

Alan S. Inouye hereby declares, pursuant to the provisions of 28 U.S.C. § 1746, as follows:

1. I am the Senior Director of Public Policy and Government Relations at the American Library Association ("ALA"). I am also a member of the ALA.

2. I previously submitted a declaration in this case. *See* ECF No. 13-2.

3. Since the President's March 14th Executive Order (EO), Exec. Order No. 14238, 90 Fed. Reg. 13043, §§ 1, 2(a) (Mar. 14, 2025), ALA estimates that at least dozens of its members' IMLS grants have been terminated.

4. ALA members who still have open grants worry that their grants will be terminated soon or have already been terminated without notice.

5. Due to IMLS grant terminations, ALA members have been forced to close grant-funded programming that their communities rely on. Closing programs not only harms library users, but it also significantly harms libraries' reputations and partnerships. For example, a grant-funded project may involve a collaboration with a new (for the library grantee) national or community partner organization, looking to build an enduring relationship to jointly advance workforce development. The abrupt termination of the project will jeopardize or terminate this opportunity for a lasting relationship.

6. ALA has also learned from its members that they no longer have access to IMLS library professionals. These libraries rely on IMLS as an informational resource. For example, some IMLS program officers would have expertise in

1

strengthening broadband programs across states and many libraries. They are well positioned to provide advice on strategies and plans on this topic, beyond any considerations for funding. The IMLS program officer may provide advice 1-1 or in public venues such as presenting or exhibiting at conferences.

**Updates on harm to ALA as an organization**

7. Due to the IMLS shutdown, ALA has had to divert resources to assist ALA members cope with terminated grants, loss of access to IMLS resources, and generally respond to the change in the library landscape. ALA has offered advice, gathered and provided resources, and held counselling sessions for its members.

**Updates on Direct Grants to ALA**

8. Programming Librarian Learning Lab (RE-256725-OLS-24). As stated in my declaration of April 10, 2025, IMLS terminated this grant. ALA has been forced to close this program because no other funding was in place to continue the work funded by this grant. As a result, library workers nationwide will not benefit from free learning experiences and resources that build their capacity to plan, design, and deliver engaging public programs (e.g., events, discussions, workshops) that meet the needs of their library patrons.

9. Spectrum Doctoral Fellowship Program: Catalysts for Change (RE-250137-OLS-21). On April 9, ALA received a letter (attached as Exhibit A) from Defendant Sonderling stating that this grant was terminated effective April 8, 2025. This grant funded a program to recruit and support a cohort of 8–10 doctoral students focused on advancing equity and social justice in library and information

science ("LIS") curricula. As a result of the termination of this grant, ALA has been forced to stop staff activities, terminate contracts, and end programming funded by this grant. As a result of the closure of this grant-funded program, the seven students, fourteen faculty, and twelve advisors in the program will not have access to the resources needed for project execution. It's possible that the students will need to identify other support systems as existing members are stripped from participating in this capacity. The grant termination also prevents the students from receiving essential professional development, key training, and individual graduate assistantships.

10. <u>Law for Librarians: Censorship, Privacy, and Intellectual Freedom Initiative (RE-254847-OLS-23)</u>. On April 15, 2025, ALA received a letter (attached as Exhibit B) from Defendant Sonderling stating that this grant had been terminated on April 8. The April 15 letter, however, was the first communication ALA received that this grant was terminated. The April 15 letter requests that ALA provide information relating to the grant and notifies ALA that it may request IMLS review of the April 8 termination decision. As a result of the termination of this grant, ALA is only able to continue this project on a limited basis until December 31, 2025. All IMLS-funded activities, however, have been terminated, including:

- A planned in-person conference to train librarians as legal information specialists (Law for Librarians) must be cancelled, curtailing state associations' and library workers' access to legal information specialists who can provide training and professional development for legal topics infrequently taught in LIS programs.

- Termination of the grant also requires cancellation of a planned continuing legal education course for attorneys who represent libraries.

- Also terminated is a data visualization / website development project that would have provided online legal information resources to the library workers, trustees, and legal counsel representing libraries.

Without IMLS funding, the four faculty members and 30 trainees will not be able to access the resources necessary to complete their training. Members, library workers, library trustees, and their legal counsel will lose the opportunity to gain understanding and knowledge of the law governing the provision of library services.

11. <u>Engagement of Spanish-Speaking Families (LG-254862-OLS-23)</u>. As stated in my declaration of April 10, 2025, IMLS terminated this grant. ALA has been forced to end the program funded by this grant. ALA will not be able to translate or promote the resources developed through the grant-funded work. As a result, Spanish-speaking families will be unable to access the resources in their native language. ALA will also not be able to complete the program evaluation. On April 15, 2025, ALA received a letter from Defendant Sonderling, substantively identical to Exhibit B, providing additional information about the termination of this grant, including information IMLS requested ALA provide and notification that ALA may request an IMLS review of the termination decision.

12. IMLS also terminated a grant, LG-252324-OLS-22, that funded a project to create adult media literacy programming resources. This project has been completed and all grant funds disbursed to ALA. ALA nonetheless received a notice that this grant has been terminated.

13. Although ALA received notifications that the above grants have been terminated, neither the correspondence from IMLS nor the terminations are reflected in eGMS, the official grants management system IMLS uses, which reflects

that the above grants are still in effect.

**Updates on grants on which ALA is a subcontractor**

14. <u>Nourishing Minds: Creating Space for Teen Mental Health (LG-252306-OLS-22)</u>. ALA learned from the prime grant recipient that IMLS has terminated this grant. As a result, ALA would lose $25,000,

15. <u>Data Storytelling Toolkit for Libraries (RE-256709-OLS-24)</u>. ALA learned from the prime grant recipient that IMLS has terminated this grant. As a result, ALA would lose $226,282.

16. <u>School Librarians Media Literacy (RE-254855-OLS-23)</u>. ALA learned from the prime grant recipient that IMLS has terminated this grant. As a result, ALA would lose $10,000.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 26, 2025.

*/s/ Alan S. Inouye*
Alan S. Inouye