# EXHIBIT A



# INSTITUTE OF MUSEUM AND LIBRARY SERVICES
# ACTION MEMORANDUM

April 8, 2025
**FROM:** Keith Sonderling, Acting Director
**SUBJECT:** Authorization for Termination of Grant(s)

**Purpose:**

This memorandum authorizes the termination of federal grants administered by the Institute of Museum and Library Services (IMLS), effective April 8, 2025, in alignment with the agency's updated priorities and the President's Executive Order 14238, *Continuing the Reduction of the Federal Bureaucracy*, issued on March 14, 2025.

**Action:**

I hereby authorize the termination of the attached federal grant(s), effective April 8, 2025, pursuant to the terms in the attached exhibit(s).

**Attachment:**
See the attached *Exhibit Grant Notice* for the template of the individual grant termination notice to be issued to each of the grantees.

**Contact:**
Questions regarding this action may be directed to grant-notices@imls.gov.

**Sincerely,**

*Keith Sonderling*

**Keith Sonderling**
Acting Director
ksonderling@imls.gov
955 L'Enfant Plaza SW #4000, Washington, DC 20024

**Attachment:** Exhibit Grant Notice



**INSTITUTE OF MUSEUM AND LIBRARY SERVICES**

**NOTICE OF GRANT TERMINATION**

April 8, 2025

Kevin Strowder, Lorelle Swader

kstrowder@ala.org, lswader@ala.org


Dear IMLS Grantee,

This letter provides notice that the Institute of Museum and Library Services (IMLS) is terminating your federal grant (Grant Application No. RE-250137-OLS-21) effective April 8, 2025, in accordance with the termination clause in your Award Agreement.

Upon further review, IMLS has determined that your grant is unfortunately no longer consistent with the agency's priorities and no longer serves the interest of the United States and the IMLS Program. IMLS is repurposing its funding allocations in a new direction in furtherance of the President's agenda. Independently and secondly, the President's March 14, 2025 executive order mandates that the IMLS eliminate all non-statutorily required activities and functions. *See Continuing the Reduction of the Federal Bureaucracy*, E.O. 14238 (Mar. 14, 2025). Therefore, the IMLS hereby terminates your grant in its entirety effective April 8, 2025.

Please remember that your obligations under the Grant Agreement continue to apply. An audit may be conducted by IMLS after the termination of the agreement.

Please contact grant-notices@imls.gov with only urgent questions. We wish you well.


Sincerely,

/s/ Keith Sonderling

Keith Sonderling

Acting Director

ksonderling@imls.gov

955 L'Enfant Plaza SW #4000, Washington, DC 20024