UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Library Association, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> Keith Sonderling, et al., <br><br> *Defendants*. | Case No. 1:25-cv-01050 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**

Upon consideration of Plaintiffs' motion and for good cause shown, the Court **GRANTS** Plaintiffs' motion to supplement the record.

**SO ORDERED**.

Dated: _____                            _____
                                                 THE HON. RICHARD J. LEON
                                                 UNITED STATES DISTRICT JUDGE