UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN LIBRARY ASSOCIATION, *et al.*,<br><br>               Plaintiffs,<br><br>     v.<br><br>KEITH SONDELING, in his capacity as Acting Director of the Institute of Museum and Library Services, *et al.*,<br><br>               Defendants. | No. 25-cv-01050 |

## NOTICE OF APPEARANCE

Please enter the appearance of Abigail Stout, U.S. Department of Justice, Civil Division, as counsel for Defendants in this case.

Dated: April 30, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

*Attorney for Defendants*