### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN LIBRARY ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KEITH SONDERLING, in his capacity as Acting Director of the Institute of Museum and Library Services, *et al.*, <br><br> Defendants. | No. 25-cv-01050-RJL |

### [PROPOSED] ORDER

For the reasons set forth in Defendants' Motion for Reconsideration of the May 1, 2025, Memorandum Order and Notice of Supplemental Authority, it is hereby

ORDERED that Defendants' Motion for Reconsideration is GRANTED; and it is

FURTHER ORDERED that the extant temporary restraining order in this matter is DISSOLVED; and it is

FURTHER ORDERED that the Plaintiffs' pending Motion for a Preliminary Injunction is DENIED.

SO ORDERED.

Dated: _____

                                                                                      The Honorable Richard J. Leon
                                                                                      United States District Judge