## DECLARATION OF LISA VARGA

Lisa Varga hereby declares, pursuant to the provisions of 28 U.S.C. § 1746, as follows:

1. I am the Associate Executive Director of Public Policy and Advocacy at the American Library Association ("ALA"). I am also a member of the ALA. I am authorized to make this statement on behalf of ALA.

2. Alan S. Inouye previously submitted two declarations on behalf of ALA in this case. *See* ECF No. 13-2; ECF No. 33-1. I began working at ALA on April 21, 2025. Mr. Inouye retired from ALA on May 2, 2025.

3. On April 28, ALA received two letters, in addition to the letters described in Mr. Inouye's previous declarations, notifying ALA that its final grant awards had been terminated. As of that date, all grant awards ALA had been receiving from IMLS have been cancelled. These letters provided additional detail that was not present in the letters previously received on April 8, detailed in Mr. Inouye's previous declarations. One of these letters is attached as Exhibit A.

4. Of note, the new letters informed ALA that "IMLS is repurposing its funding allocations in a new direction in furtherance of the President's agenda" and that the President's Executive Order "mandates that IMLS eliminate all non-statutorily required activities and functions."

5. One of the cancelled grants was grant award LG-256625-OLS-24, for $491,030.00, which had been designated for our Adult Literacy and Learning Impact Network Program through ALA's Office for Diversity, Literacy and Outreach

1

Services.

6. The other cancelled grant was grant award RE-254847-OLS-23, for $434,866.00, which had been designated for our Law for Librarians Project through ALA's Office of Intellectual Freedom.

7. We sent requests for review for all six terminated grants on May 5, 2025. We received an acknowledgement of receipt on May 13, 2025.

8. Also on May 5, 2025, we submitted the "Termination Follow-up" information requested by IMLS for all six terminated grants, i.e. progress summaries and accounting of charges. So far, we have not received a response.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 13, 2025.

*/s/ Lisa Varga*
Lisa Varga

# Exhibit A



**NOTICE OF GRANT TERMINATION RE-254847-OLS-23**

April 28, 2025

Dear IMLS Grantee,

This letter provides notice that the Institute of Museum and Library Services (IMLS) is terminating your federal grant (Grant Application No. RE-254847-OLS-23) effective April 28, 2025, in accordance with the termination clause in your Award Agreement.

Upon further review, IMLS has determined that your grant is unfortunately no longer consistent with the agency's priorities and no longer serves the interest of the United States and the IMLS Program. IMLS is repurposing its funding allocations in a new direction in furtherance of the President's agenda. Independently and secondly, the President's March 14, 2025, executive order mandates that IMLS eliminate all non-statutorily required activities and functions. See Continuing the Reduction of the Federal Bureaucracy, E.O. 14238 (Mar. 14, 2025). Therefore, IMLS hereby terminates your grant in its entirety effective April 28, 2025.

Under the [General Terms and Conditions for IMLS Discretionary Grant and Cooperative Agreement Awards Issued After December 21, 2020](#), the following must be provided to IMLS in a format of your choice no later than May 28, 2025. You should submit these materials to [grantsadmin@imls.gov](mailto:grantsadmin@imls.gov) with your IMLS grant number and "Termination Follow-up" in the subject line:

(a) a summary of progress achieved under the award (in addition, you may also provide any item produced under the award);

(b) an itemized accounting of charges incurred against federal award funds and cost sharing prior to the effective date of the termination; and

(c) a separate itemized accounting and justification for any costs that may have been incurred after the termination date.

In addition, please note the following:

- Failure to furnish the above material may affect your organization's ability to receive future IMLS awards.
- All reimbursement payment requests submitted in eGMS Reach by close of business on the termination date, April 28th, if approved, will be deposited in your banking institution by May 6th. If it is not, you should include that amount in your itemized accounting of charges incurred as directed in (b).

2

- The total of IMLS payments under a terminated federal award cannot exceed the unliquidated balance of the federal award amount obligated by IMLS.

Under Section 30 of the terms and conditions, you may request an IMLS review of the termination decision. The request must be submitted in writing no later than May 28, 2025, and contain a complete statement of your position and the pertinent facts and reasons that support such position. You should submit your request to grantsadmin@imls.gov with your IMLS grant number and "Termination Review" in the subject line. *If you request a review, the information required in (a) through (c) must still be filed by May 28, 2025.*

During the resolution of the review, the notice of termination will remain in effect.

IMLS appreciates your longstanding dedication to serving the American public.

Respectfully,

Keith E. Sonderling
Acting Director
955 L'Enfant Plaza, SW
Suite 4000
Washington, DC 20024

2