# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Library Association, et al., *Plaintiffs*, v. Keith Sonderling, et al., *Defendants*. | Case No. 1:25-cv-01050 |

### PLAINTIFFS' NOTICE OF CONSENT TO EXTENSION OF THE TEMPORARY RESTRAINING ORDER

Pursuant to the Court's Minute Order of May 21, 2025, Plaintiffs inform the Court that Plaintiffs consent to an extension of the temporary restraining order issued by this Court on May 1, 2025, ECF No. 36, until the Court rules on the pending motion for a preliminary injunction or this case is otherwise resolved.

Dated: May 23, 2025                                         Respectfully submitted,

/s/ Rachel L. Fried
Rachel L. Fried (DC Bar No. 1029538)
Orlando Economos (DC Bar No. 90013791)
Kayla M. Kaufman (DC Bar No. 90029091)
Robin F. Thurston (DC Bar No. 1531399)
Skye Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
rfried@democracyforward.org
oeconomos@democracyforward.org
kkaufman@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org


/s/ Chris Gair
Chris Gair (Ill. Bar No. 6190781)*
Vilia Dedinas (Ill. Bar No. 6191614)*
John Gallo (Ill. Bar No. 6193988)*
Ingrid Yin (Ill. Bar No. 6339857)*
Gair Gallo Eberhard LLP
1 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 600-4900
cgair@gairgallo.com
vdedinas@gairgallo.com
jgallo@gairgallo.com
iyin@gairgallo.com

*Counsel for Plaintiffs*

*Admitted *pro hac vice*