UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Library Association, et al., *Plaintiffs*, v. Keith Sonderling, et al., *Defendants*. | Case No. 1:25-cv-01050 |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiffs' motion for a temporary restraining order and accompanying brief, it is hereby:

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that Defendants Keith Sonderling, Institute of Museum and Library Services, Amy Gleason, U.S. DOGE Service, U.S. DOGE Service Temporary Organization, Russell Vought, and U.S. Office of Management and Budget are **ENJOINED** from further pausing, canceling, or otherwise terminating Institute of Museum and Library Services grants or contracts or failing to disburse funds to recipients according to such grants or contracts for reasons other than the grantees' or contractors' non-compliance with applicable grant or contract terms.

**SO ORDERED**.