# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMERICAN LIBRARY ASSOCIATION
*et al.*,

   Plaintiffs,

    v.

KEITH SONDERLING, Acting Director,
Institute of Museum and Library Services
*et al.*,

   Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case No. 25-1050 (RJL)

## ORDER
June ⟨6⟩, 2025 [Dkt. #13; Dkt. #38]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' Motion for Preliminary Injunction [Dkt. #13] is **DENIED WITHOUT PREJUDICE**; it is further

**ORDERED** that defendants' Motion for Reconsideration of the May 1, 2025 Memorandum Order [Dkt. #38] is **DENIED AS MOOT**; and it is further

**ORDERED** that within seven days of this Order, the parties shall file a joint status report proposing how this case should proceed.

RICHARD J. LEON
United States District Judge

1