IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN LIBRARY ASSOCIATION, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>KEITH SONDERLING, in his capacity as Acting Director of the Institute of Museum and Library Services, *et al.*,<br><br>            Defendants. | No. 25-cv-01050-RJL |

**DEFENDANTS' MOTION FOR A CONTINUANCE
OF THEIR OBLIGATION TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants respectfully request that the Court continue their obligation to respond to the Complaint, and instead set the deadline for Defendants' response either as June 30, 2025, or as August 26, 2025, if the Court determines that this matter should proceed to summary judgment briefing. Pursuant to Local Civil Rule 7(m), the parties conferred regarding the relief requested herein, and Plaintiffs indicated that they oppose the requested continuance.

Pursuant to the Court's June 6, 2025, Order, the parties submitted their respective proposals for the next steps in this litigation in a June 13, 2025, Joint Status Report. *See* ECF No. 50. Therein, Defendants explained that, in light of the Court's recent denial of Plaintiffs' Motion for Preliminary Injunction on jurisdictional grounds, Defendants intend to file a motion to dismiss in this matter and requested that the Court set the deadline for their dispositive motion as June 30, 2025. Defendants submit that proceeding in this fashion would be most efficient, as

they maintain that the entirety of this matter should be dismissed on jurisdictional grounds.[1] Plaintiffs, on the other hand, proposed that Defendants be required to produce an administrative record, and that the parties engage in summary judgment briefing. *See* ECF No. 50 at 4. Plaintiffs requested that the Court set a deadline of August 11, 2025, for Defendants' combined opposition to Plaintiffs' anticipated motion for summary judgment, and Defendants' motion for summary judgment and motion to dismiss. *See id.* Defendants, on the other hand, proposed an August 26, 2025, deadline for their combined submission if the Court determines that the parties should proceed to summary judgment briefing. *See* ECF no. 50 at 2

Defendants maintain that, as noted above and explained in the statement of their position in the joint status report, it would be most efficient to adjudicate the question of the Court's jurisdiction before reaching any other issues in this matter. Accordingly, in the interest of efficiency and in light of other deadlines and hearings in other matters, Defendants ask that the Court continue the Defendants' deadline to respond to the Complaint to June 30, 2025. If the Court determines that the parties should proceed to summary judgment as Plaintiffs ask, then Defendants propose that the Court set the deadline for their combined opposition to Plaintiffs' anticipated motion for summary judgment, and Defendants' motion for summary judgment and motion to dismiss as August 26, 2025.

Dated: June 16, 2025					Respectfully submitted,


						BRETT A. SHUMATE
						Assistant Attorney General

---

[1] As noted in the parties' joint status report, Defendants also request that the Court stay the administrative record production deadline pending resolution of their forthcoming motion to dismiss. *See* ECF No. 50 at 1–2.

- 3 -

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

/s/ *Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
HEIDY L. GONZALEZ (FL Bar No. 1025003)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov

*Attorneys for Defendants*