**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN LIBRARY ASSOCIATION, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>KEITH SONDERLING, in his capacity as Acting Director of the Institute of Museum and Library Services, *et al.*,<br><br>                    Defendants. | No. 25-cv-01050-RJL |

**[PROPOSED] ORDER**

The Court having considered Defendants' Unopposed Motion to Extend the Deadline for their Response to the Complaint to Coincide with their Forthcoming Summary Judgment Motion, hereby ORDERS that the Motion is GRANTED.  The Court HEREBY ENTERS the following schedule for dispositive briefing in this matter:

**August 5, 2025** – plaintiffs' motion for summary judgment

**August 26, 2025** – defendants' combined opposition, cross-motion for summary judgment, and motion to dismiss

**September 9, 2025** – plaintiffs' combined reply and response to defendants' cross-motion for summary judgment and motion to dismiss

**September 23, 2025** – defendants' reply in support of their cross-motion for summary judgment and motion to dismiss

IT IS SO **ORDERED**, this _____ day of _____, 2025.

<br><br>

_____
Hon. Richard J. Leon
United States District Judge