## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN LIBRARY ASSOCIATION, *et al.*,

                  Plaintiffs,

    v.

KEITH SONDERLING, in his capacity as Acting Director of the Institute of Museum and Library Services, *et al.*,

                  Defendants.

No. 25-cv-01050-RJL

## DEFENDANTS' NOTICE OF FILING
## CERITIFED INDEX TO THE ADMINISTRATIVE RECORD

Defendants respectfully submit the attached certified index to the administrative record in this matter.

Dated:  July 15, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Abigail Stout*
ABIGAIL STOUT

- 1 -

- 2 -

(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

*/s/  Julia A. Heiman*_____
JULIA A. HEIMAN (D.C. Bar No. 986228)
HEIDY L. GONZALEZ (FL Bar No. 1025003)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov

*Attorneys for Defendants*