IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN LIBRARY ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KEITH SONDERLING, in his capacity as Acting Director of the Institute of Museum and Library Services, *et al.*,<br><br>Defendants. | No. 25-cv-01050-RJL |

## CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD DOCUMENTS PRODUCED ON JULY 15, 2025

Pursuant to 28 U.S.C. § 1746, the undersigned, Christopher Catignani, Chief Financial Officer, Institute of Museum and Library Services, certifies the following to be a list of the non-privileged documents that, to the best of his knowledge, reflect the administrative record in this matter.

| No. | Date | Document Title | Range |
|---|---|---|---|
| 1 | 3-18-2025 | *Email re:* update on IMLS 2025 budget and awards to states | IMLS0001-0002 |
| 2 | 3-19-2025 | *Email re:* Institute of Museum and Library Services- Acting Director | IMLS0003-0004 |
| 3 | 3-21-2025 | IMLS EO 14238 Compliance Report | IMLS0005-0017 |
| 4 | 3-21-2025 | Request for Voluntary Separation Incentive Payments (VSIP) | IMLS0018-0020 |
| 5 | 3-25-2025 | IMLS Phase 1 Agency RIF and Reorganization Plan (ARRP): Revision | IMLS0021-0038 |
| 6 | 3-31-2025 | IMLS Action Memorandum – Authorization for Termination of Grant(s) | IMLS0039-0054 |
| 7 | 3-31-2025 | *Email re:* Effective Immediately - Administrative Leave | IMLS0055 |
| 8 | 3-31-2025 | *Attachment:* Administrative Leave for IMLS Employees | IMLS0056 |

| 9  | 4-1-2025  | OPM Approval of IMLS Request for Exceptions re RIF | IMLS0061-0062 |
| 10 | 4-1-2025  | IMLS Action Memorandum – Authorization for Termination of Grant(s) | IMLS0063-0078 |
| 11 | 4-8-2025  | IMLS Action Memorandum – Authorization for Termination of Grant(s) | IMLS0079-1469 |
| 12 | 4-15-2025 | IMLS Grantee Termination Closeout Letter | IMLS1470 |
| 13 | 4-21-2025 | Memorandum for G2S Partial Payments | IMLS1471-1476 |
| 14 | 4-28-2025 | Authorization for Termination of Grants | IMLS1477-1510 |
| 15 | 4-28-2025 | *Email re:* Grant lists | IMLS1511 |
| 16 | 4-28-2025 | Reinstated IMLS Grants | IMLS1512 |
| 17 | 4-28-2025 | April 28 Grant Termination List | IMLS1513 |
| 18 | 5-22-2025 | *Email re:* update on IMLS 2025 budget and awards to states | IMLS1514-1515 |
| 19 | 6-2-2025  | *Email re:* 2025 allotment table | IMLS1516 |

Executed this 15th day of July 2025, Washington, D.C.

Christopher Catignani,
Chief Financial Officer
Office of the Chief Financial Officer
Institute of Museum and
Library Services