UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Library Association, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> Keith Sonderling, et al., <br><br> *Defendants*. | Case No. 1:25-cv-01050 |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT**

Plaintiffs respectfully request the Court extend the deadline for Plaintiffs to file their motion for summary judgment to September 5, 2025. Plaintiffs propose a modified briefing schedule below.

Plaintiffs filed this litigation on April 7, 2025, ECF No. 1, just days after President Donald Trump and his administration began to systematically dismantle the Institute of Museum and Library Services (IMLS). Given the extraordinary harm wrought by Defendants' actions, Plaintiffs moved for a preliminary injunction on April 10, 2025, ECF No. 13. The court denied the preliminary injunction on June 6, 2025. Plaintiffs now seek leave to extend their deadline for filing a motion for summary judgment.

There is good cause to grant this extension motion. Counsel for Plaintiffs seek an extension in good faith, to account for scheduling conflicts of team members due to personal obligations. Specifically, two team members are or shortly will be out of the office for family reasons. Counsel, including those who were recently assigned to the case, are working diligently to develop the

record and prepare the motion for summary judgment. By ensuring sufficient time to address the issues for this Court, they hope to promote judicial efficiency.

Also, this extension of time would not prejudice the Defendants or this Court's proceedings. Defendants will not be prejudiced by an extension of time before responding to Plaintiffs' motion for summary judgment and filing their own dispositive motions. Furthermore, the extension would promote judicial efficiency given that litigation addressing similar issues in the D.C. Circuit likely will not be resolved before October.

In addition to extending the deadline for Plaintiffs' motion for summary judgment, Plaintiffs also respectfully request that the court adjust the briefing schedule to provide Plaintiffs three weeks for their combined reply and response to Defendants' cross-motion. Upon conferral with Defendants, Plaintiffs' proposed schedule also extends Defendants' time to file their combined opposition, cross-motion for summary judgment, and motion to dismiss by one week.

Under the current schedule set by this Court of June 17, 2025, Plaintiffs' Motion for Summary Judgment is due August 5, 2025; the combined opposition and cross-motion from the Defendants is due three weeks later on August 26, 2025; Plaintiffs' combined reply and response to the cross-motion is due two weeks later on September 9, 2025; and the Defendants' reply in support of their cross-motion is due two weeks later on September 23, 2025.

Plaintiffs request that the Court enter the following modified briefing schedule:

- September 5, 2025: Plaintiffs' motion for summary judgment due.

- October 3, 2025: Defendants' combined opposition, cross-motion for summary judgment, and motion to dismiss due.

- October 24, 2025: Plaintiffs' combined reply and response to Defendants' cross-motion for summary judgment and motion to dismiss due.

- November 7, 2025: Defendants' reply in support of their cross-motion for summary judgment and motion to dismiss due.

Counsel for Plaintiffs have conferred with counsel for the Defendants as required by Local Civil Rule 7(m). Defendants do not oppose this motion. A proposed order is attached.

## CONCLUSION

For the foregoing reasons, the Court should grant Plaintiffs' motion for an extension.

Dated: July 29, 2025

/s/ *Pooja A. Boisture*
Pooja A. Boisture (NY Bar No. 5104559)*
Rachel L. Fried (D.C. Bar No. 1029538)
Orlando Economos (DC Bar No. 90013791)
Kayla M. Kaufman (DC Bar No. 90029091)
Robin F. Thurston (DC Bar No. 1531399)
Skye Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
pboisture@democracyforward.org
rfried@democracyforward.org
oeconomos@democracyforward.org
kkaufman@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

/s/ *Chris Gair*
Chris Gair (Ill. Bar No. 6190781)*
Vilia Dedinas (Ill. Bar No. 6191614)*
John Gallo (Ill. Bar No. 6193988)*
Ingrid Yin (Ill. Bar No. 6339857)*
Gair Gallo Eberhard LLP
1 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 600-4900
cgair@gairgallo.com
vdedinas@gairgallo.com
jgallo@gairgallo.com

iyin@gairgallo.com

*Counsel for Plaintiffs*

\* Admitted *pro hac vice*