## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN LIBRARY ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KEITH SONDERLING, in his capacity as Acting Director of the Institute of Museum and Library Services, *et al.*, <br><br> Defendants. | No. 25-cv-01050-RJL |

### NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Civil Rule 83.6(b), notice is hereby given to the parties and the Court of the withdrawal of appearance of Julia A. Heiman as counsel for Defendants in the above-captioned matter due to counsel's departure from the United States Department of Justice. Defendants remain represented by other counsel from the Department of Justice, as reflected on the Court's docket, and by any other Department of Justice counsel who enter an appearance.

Dated: October 16, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Julia A. Heiman*
　　　　　　　　　　　　　　　　　　　JULIA A. HEIMAN (D.C. Bar No. 986228)
　　　　　　　　　　　　　　　　　　　 Federal Programs Branch
　　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Civil Division
　　　　　　　　　　　　　　　　　　　1100 L Street, N.W.
　　　　　　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　　　　　　Tel. (202) 616-8480 / Fax (202) 616-8470
　　　　　　　　　　　　　　　　　　　julia.heiman@usdoj.gov
　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*