UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Library Association, et al., *Plaintiffs*, v. Keith Sonderling, et al., *Defendants*. | Case No. 1:25-cv-01050 |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THEIR COMBINED REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS**

Plaintiffs respectfully request that the Court extend the deadline to February 17, 2026 for Plaintiffs' combined reply in support of their motion for summary judgment and in response to Defendants' cross-motion for summary judgment and motion to dismiss. Plaintiffs propose a modified briefing schedule below.

Plaintiffs filed this litigation on April 7, 2025 (ECF No. 1) to challenge Defendants' dismantling of the Institute of Museum and Library Services (IMLS). Recently, after the government shutdown ended, the parties proposed a briefing schedule in which Plaintiffs' reply brief was due December 16, 2025. Plaintiffs now seek leave to extend the deadline for filing their reply by sixty days because of recent factual developments.

There is good cause to grant this extension motion. Counsel for Plaintiffs seek an extension in good faith, to collect information from IMLS grantees about recent IMLS grant activity. Because members of the litigation team representing Plaintiffs have other court filings due in this District

1

both this and next month, and will be on leave for the holidays, Plaintiffs request a sixty-day extension. This extension will promote judicial efficiency by enabling the court to review an updated factual record. Counsel for Plaintiffs have conferred with counsel for the Defendants as required by Local Civil Rule 7(m). Defendants do not oppose this motion.

Under the current schedule set by this Court of November 19, 2025, Plaintiffs' combined response and reply is due December 16, 2025; the Defendants' reply is due two weeks later on December 30, 2025. Plaintiffs request that the Court enter the following modified briefing schedule:

- On or before February 17, 2026: Plaintiffs' combined reply and response to Defendants' cross-motion for summary judgment and motion to dismiss due

- On or before March 3, 2026: Defendants' reply in support of their cross-motion for summary judgment and motion to dismiss due

A proposed order is attached.

## CONCLUSION

For the foregoing reasons, the Court should grant Plaintiffs' motion for an extension.

Dated: December 5, 2025

/s/ *Pooja A. Boisture*
Pooja A. Boisture (NY Bar No. 5104559)*
Orlando Economos (DC Bar No. 90013791)
Kayla M. Kaufman (DC Bar No. 90029091)
Robin F. Thurston (DC Bar No. 1531399)
Skye Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
pboisture@democracyforward.org
oeconomos@democracyforward.org
kkaufman@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

/s/ *Chris Gair*
Chris Gair (Ill. Bar No. 6190781)*
Vilia Dedinas (Ill. Bar No. 6191614)*
John Gallo (Ill. Bar No. 6193988)*
Ingrid Yin (Ill. Bar No. 6339857)*
Gair Gallo Eberhard LLP
1 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 600-4900
cgair@gairgallo.com
vdedinas@gairgallo.com
jgallo@gairgallo.com
iyin@gairgallo.com

*Counsel for Plaintiffs*

* Admitted *pro hac vice*