**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| American Library Association, et al., | |
| *Plaintiffs*, | |
| v. | Case No. 1:25-cv-01050 |
| Keith Sonderling, et al., | |
| *Defendants*. | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action, Plaintiffs American Library Association and American Federation of State, County, and Municipal Employees, and Defendants Keith Sonderling, Institute of Museum and Library Services, Donald J. Trump, Amy Gleason, United States Department of Government Efficiency ("DOGE") Service, United States DOGE Service Temporary Organization, Russell T. Vought, and United States Office of Management and Budget, by and through their undersigned attorneys (each side a "Party," and together the "Parties"), respectfully stipulate to dismiss this action without prejudice, with each party to bear its own costs and fees.

1

Dated: April 9, 2026

    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Heidy L. Gonzalez*
Heidy L. Gonzalez (FL Bar No. 1025003)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
(202) 598-7409
heidy.gonzalez@usdoj.gov

*Counsel for Defendants*

*/s/ Pooja A. Boisture*
Pooja A. Boisture (DC Bar No. 90043351)
Orlando Economos (DC Bar No. 90013791)
Kayla M. Kaufman (DC Bar No. 90029091)
Robin F. Thurston (DC Bar No. 1531399)
Skye Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
pboisture@democracyforward.org
oeconomos@democracyforward.org
kkaufman@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

/s/ *Chris Gair*
Chris Gair (Ill. Bar No. 6190781)*
Vilia Dedinas (Ill. Bar No. 6191614)*
John Gallo (Ill. Bar No. 6193988)*
Ingrid Yin (Ill. Bar No. 6339857)*
Gair Gallo Eberhard LLP
1 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 600-4900
cgair@gairgallo.com
vdedinas@gairgallo.com
jgallo@gairgallo.com
iyin@gairgallo.com

*Counsel for Plaintiffs*

* Admitted *pro hac vice*